Timothy DAVIS, Relator,

v.

CBI NA–CON, INC., and Insurance Company of the State of Pennsylvania, Respondents.

No. C5–99–623.

Supreme Court of Minnesota.

July 2, 1999.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 16, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Joan Ericksen Lancaster
Associate Justice